Certificate Number: 15322-PAM-DE-035614635

Bankruptcy Case Number: 21-00871



15322-PAM-DE-035614635

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2021</u>, at <u>4:08</u> o'clock <u>PM CDT</u>, <u>Sharon A Koezeno</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 27, 2021</u>          By:      <u>/s/Richard Reibeling</u>

Name:   <u>Richard Reibeling</u>

Title:   <u>Certified Credit Counselor</u>