United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 21-00871-HWV
Sharon A. Koezeno                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                              Page 1 of 2
Date Rcvd: Jun 15, 2021                      Form ID: ntcnfhrg                        Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A. Koezeno, 1314 Main St., 2nd Floor, Peckville, PA 18452-2059 |
| 5404407 | + | American Express, Customer Service, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5404408 | + | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5413576 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5404411 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 5405867 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 5404412 | + | Ken Sherwood, 1314 Main St., 1st Floor, Peckville, PA 18452-2059 |
| 5404413 | | Kia Motor Financial Services, Attn: Bankruptcy Dept., P.O. Box 20825, Fountain VAlley, CA 92728-0825 |
| 5404414 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5404415 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5404416 | + | Mohela, 633 Spirit Dr., Chesterfield, MO 63005-1243 |
| 5408767 | ++ | PERI GARITE, ATTN CARE WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5404417 | | Portnoff Law Associates, Ltd, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 5404418 | + | Scott Township Sewer & Water Authority, 1038 Montdale Road, Scott Township, PA 18447-9773 |
| 5404419 | + | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5404422 | | Target National Bank, c/o Target Credit Card Svcs., P.O. Box 1, Minneapolis, MN 55440 |
| 5405351 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2021 19:07:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5404409 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2021 19:07:42 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5404410 | | Email/Text: mrdiscen@discover.com | Jun 15 2021 18:51:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 5405969 | | Email/Text: mrdiscen@discover.com | Jun 15 2021 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5411366 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2021 19:07:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5404866 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5404421 | | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 19:07:19 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5415563 | + | Email/Text: bncmail@w-legal.com | Jun 15 2021 18:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5404423 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Jun 15 2021 19:07:51     The Home Depot, P.O. Box 790328, St. Louis, MO 63179-0328

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5413577 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5404420 | *+ | Sharon A. Koezeno, 1314 Main St., 2nd Floor, Peckville, PA 18452-2059 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Sharon A. Koezeno tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sharon A. Koezeno,
aka Sharon Andrea Koezeno, aka Sharon Koezeno,

**Debtor 1**

Chapter     13

Case No.     5:21−bk−00871−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 28, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 4, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

---

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2021 |

ntcnfhrg (05/21)