UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

SHARON A. KOEZENO  
* Debtor(s)

Case Number: 5-21-00871  
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: December 8, 2021

SIGNED: _Lisa Manchak_

TITLE: __/s/Legal Assistant__

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Sharon A. Koezeno, <br> aka Sharon Andrea Koezeno, aka Sharon Koezeno, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21-bk-00871-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 2, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: December 8, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

orcnfpln(05/18)

| | | |
|---|---|---|
| American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FNB Omaha<br>PO Box 3412<br>Omaha, NE 68103-0412 |
| PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Ken Sherwood<br>1314 Main St., 1st Floor<br>Peckville, PA 18452-2059 |
| Kia Motor Financial Services<br>Attn: Bankruptcy Dept<br>P.O. Box 20825<br>Fountain VAlley, CA 92728-0825 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lackawanna County Tax Claim Bureau<br>Lackawanna County Government Ctr.<br>123 Wyoming Ave., Suite 267<br>Scranton, PA 18503-2029 |
| Mohela<br>633 Spirit Dr.<br>Chesterfield, MO 63005-1243 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portnoff Law Associates, Ltd<br>1000 Sandy Hill Road, Suite 150<br>Norristown, PA 19401 | Scott Township Sewer & Water Authority<br>1038 Montdale Road<br>Scott Township, PA 18447-9773 |
| Scott Township Sewer and Water Authority<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | Scott Township Sewer and Water Authority<br>c/o James R. Wood, Esquire<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406-2726 | Select Portfolio Servicing<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target National Bank<br>c/o Target Credit Card Svcs., P.O. Box 1<br>Minneapolis, MN 55440 | The Home Depot<br>P.O. Box 790328<br>St. Louis, MO 63179-0328 |

U.S. Bank National Association  
c/o Select Portfolio Servicing, Inc.  
P.O. Box 65250  
Salt Lake City UT 84165-0250

US Department of Education/MOHELA  
633 Spirit Drive  
Chesterfield, MO 63005-1243

United States Trustee  
228 Walnut Street, Suite 1190  
Harrisburg, PA 17101-1722

JACK N ZAHAROPOULOS  
ATTN CHAPTER 13 TRUSTEE  
8125 ADAMS DRIVE SUITE A  
HUMMELSTOWN PA 17036-8625