**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 21, 2022

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Sharon A. Koezeno**
        **Chapter 13 Bankruptcy**
        **Case No. 5-21-00871**

Dear Sir/Madam:

    The address for the Debtor has changed.  Please be advised the correct information is as follows.

        Sharon A. Koezeno
        626 Morgan St.
        Dickson City, PA 18519

Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire


TD/lm

Case 5:21-bk-00871-MJC    Doc 46    Filed 04/22/22    Entered 04/22/22 11:14:43    Desc
Main Document    Page 1 of 1